| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-14632 / MBK**

Margaret Ann Ruane

Petition Filed Date: 03/19/2020
341 Hearing Date: 04/16/2020
Confirmation Date: 08/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $100.00 | 73484540 | 02/02/2021 | $100.00 | 74216180 | 03/01/2021 | $100.00 | 74903700 |
| 04/05/2021 | $100.00 | 75704510 | 05/03/2021 | $300.00 | 76397800 | 06/02/2021 | $300.00 | 77107630 |
| 07/06/2021 | $300.00 | 77873780 | 08/10/2021 | $300.00 | 78706360 | 09/02/2021 | $300.00 | 79200660 |
| 10/04/2021 | $300.00 | 79944810 | 11/08/2021 | $300.00 | 80699230 | 12/06/2021 | $300.00 | 81312080 |
| 01/03/2022 | $300.00 | 81856550 | | | | | | |

**Total Receipts for the Period:  $3,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret Ann Ruane | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $580.96 | $0.00 | $580.96 |
| 2 | Whiting Village Community Association<br>»»  P/25 KEENE ST/MEMBER ASSESSMENTS/AVC LIEN | Unsecured Creditors | $6,554.20 | $0.00 | $6,554.20 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MED CENTER | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2012 HONDA CIVIC | Debt Secured by Vehicle | $50.00 | $0.00 | $50.00 |
| 5 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $559.94 | $0.00 | $559.94 |
| 6 | Flagstar Bank<br>»»  P/25 KEENE ST/1ST MTG | Mortgage Arrears | $11,730.48 | $1,251.45 | $10,479.03 |
| 0 | MARYBETH SCHROEDER<br>»»  ORDER 8/19/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-14632 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Plan Balance: | $12,044.00 ** |
| Paid to Claims: | $3,401.45 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $318.40 | Arrearages: | $500.00 |
| Funds on Hand: | $280.15 | Total Plan Base: | $16,044.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.