| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-14632 / MBK**

Margaret Ann Ruane

Petition Filed Date: 03/19/2020
341 Hearing Date: 04/16/2020
Confirmation Date: 08/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $300.00 | 81856550 | 02/04/2022 | $300.00 | 82560240 | 03/03/2022 | $300.00 | 83156220 |
| 04/06/2022 | $300.00 | 83879470 | 05/09/2022 | $300.00 | 84544290 | 06/06/2022 | $300.00 | 85095140 |
| 07/18/2022 | $300.00 | 85910890 | 08/16/2022 | $300.00 | 86502660 | 09/12/2022 | $300.00 | 87038030 |
| 10/11/2022 | $300.00 | 87603310 | 11/07/2022 | $300.00 | 88137280 | 12/06/2022 | $300.00 | 88675500 |
| 01/04/2023 | $300.00 | 89169370 | 02/02/2023 | $300.00 | 89731770 | 03/03/2023 | $300.00 | 90325230 |

**Total Receipts for the Period:  $4,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $8,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret Ann Ruane | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $580.96 | $0.00 | $580.96 |
| 2 | Whiting Village Community Association<br>»» P/25 KEENE ST/MEMBER ASSESSMENTS/AVO LIEN | Unsecured Creditors | $6,554.20 | $0.00 | $6,554.20 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MED CENTER | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2012 HONDA CIVIC | Debt Secured by Vehicle<br>No Disbursements: Paid in Full | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $559.94 | $0.00 | $559.94 |
| 6 | Flagstar Bank<br>»» P/25 KEENE ST/1ST MTG | Mortgage Arrears | $11,730.48 | $4,305.60 | $7,424.88 |
| 0 | MaryBeth Schroeder, Esq.<br>»»  ORDER 8/19/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 7 | Flagstar Bank<br>»» 25 KEENE ST/ATTY FEES 5/25/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 20-14632 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $8,200.00 | Plan Balance: | $8,442.00 ** |
| Paid to Claims: | $6,993.60 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $649.60 | Arrearages: | $200.00 |
| Funds on Hand: | $556.80 | Total Plan Base: | $16,642.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**