Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14632−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Margaret Ann Ruane
  25 Keene St
  Whiting, NJ 08759−2340

Social Security No.:
  xxx−xx−0005

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/29/25 at 09:00 AM

to consider and act upon the following:

*44* − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC. Objection deadline is 01/14/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/7/25

					Jeanne Naughton
					Clerk, U.S. Bankruptcy Court