UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage, LLC

In Re:

Margaret Ann Ruane,

Debtor.

Case No.:     20-14632-MBK

Chapter:     13

Hearing Date:     2/19/2025

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 44)

_____

Date: 2/18/2025                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*