**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Margaret Ann Ruane<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0005<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   20–14632–MBK | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Margaret Ann Ruane

12/3/25                                                           **By the court:** Michael B. Kaplan
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Margaret Ann Ruane  
    Debtor

Case No. 20-14632-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 03, 2025      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Margaret Ann Ruane, 25 Keene St, Whiting, NJ 08759-2340 |
| 518770822 | | Clarity Finance, PO Box 8, Princeton, ME 04668-0008 |
| 518843000 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518770829 | | Whiting Village Community Association, 1 Falmouth Ave, Whiting, NJ 08759-2310 |
| 518797375 | + | Whiting Village at Crestwood Community Association, The Catelli Law Firm, LLC, 365 Broad Street, Suite 4R, Red Bank, NJ 07701-2183 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518770828 | | Email/Text: fwdbctl@spotloan.com | Dec 03 2025 20:48:47 | Spot Loan, PO Box 720, Belcourt, ND 58316-0720 |
| 518770821 | | EDI: CAPITALONE.COM | Dec 04 2025 01:40:00 | Capital One Bank USA N.A., Attn: Bankruptcy, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518770820 | | EDI: CAPONEAUTO.COM | Dec 04 2025 01:40:00 | Capital One Auto Finan, 3905 Dallas Pkwy, Plano, TX 75093-7892 |
| 518780461 | + | EDI: AISACG.COM | Dec 04 2025 01:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518820888 | + | EDI: AISACG.COM | Dec 04 2025 01:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518822631 | | Email/PDF: bncnotices@becket-lee.com | Dec 03 2025 21:08:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518770823 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 03 2025 20:48:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 518770819 | | Email/Text: compliance@lcofs.net | Dec 03 2025 20:48:00 | Blue Trust, PO Box 1754, Hayward, WI 54843-1754 |
| 518770824 | | EDI: CAPITALONE.COM | Dec 04 2025 01:40:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518770825 | ^ | MEBN | Dec 03 2025 20:48:45 | McCabe, Weisberg & Conwyay, 216 Haddon Ave, Westmont, NJ 08108-2811 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 520483946 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 03 2025 20:48:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520483947 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 03 2025 20:48:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 518797026 | EDI: PRA.COM | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518770826 | EDI: PRA.COM | Dec 04 2025 01:40:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518812420 | EDI: Q3G.COM | Dec 04 2025 01:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518770827 | Email/Text: bankruptcy@ldf-holdings.com | Dec 03 2025 20:49:00 | Radiant, PO Box 1183, Lac Du Flambeau, WI 54538-1183 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC aleisha.jennings@mccalla.com mccallaecf@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Flagstar Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor FLAGSTAR BANK FSB nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

Case 20-14632-MBK    Doc 62    Filed 12/05/25    Entered 12/06/25 00:18:27    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 3180W | Total Noticed: 23 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John M. Kolesnik | on behalf of Creditor FLAGSTAR BANK  FSB nj.bkecf@fedphe.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor FLAGSTAR BANK  FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Flagstar Bank nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| MaryBeth Schroeder | on behalf of Debtor Margaret Ann Ruane marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13